UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARREN W. WEYMOUTH,<br><br>                Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>                Defendant. | CASE NO. 3:16-CV-05946-DWC<br><br>ORDER ON DEFENDANT'S MOTION FOR REMAND |

Plaintiff filed this action, pursuant to 42 U.S.C § 405(g), seeking judicial review of the denial of Plaintiff's applications for Disability Insurance Benefits ("DIB"). The parties have consented to proceed before a United States Magistrate Judge. *See* 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Consent to Proceed before a United States Magistrate Judge, Dkt. 5. This case is before the Court on Defendant's Motion for Remand pursuant to Sentence Six of 42 U.S.C. § 405(g). Dkt. 14. Plaintiff has not filed a response to Defendant's Motion.

Based upon Defendant's Motion and the relevant record, the Court grants Defendant's Motion for Remand. The Court remands this case back to the Social Security Administration for further administrative proceedings pursuant to Sentence Six of 42 U.S.C. § 405(g) to conduct a *de novo* hearing.

This Court retains jurisdiction over the case. If the outcome of the *de novo* hearing is unfavorable to Plaintiff, he may seek judicial review by reinstating this case rather than by filing a new Complaint. If the outcome is favorable to Plaintiff, the parties will move this Court for entry of Judgment.

Dated this 27th day of April, 2017.

David W. Christel
United States Magistrate Judge